NOTE: CHANGES MADE BY COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRET CONWAY and JENNIFER ROGERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAWASAKI MOTORS CORP., U.S.A. AND KAWASAKI HEAVY INDUSTRIES (USA), INC. DBA KAWASAKI HEAVY INDUSTRIES MOTORCYCLE & ENGINE,<br><br>Defendants. | Case No. 8:24-cv-01452-FWS-JDE<br><br>**CLASS ACTION**<br><br>**ORDER RE JOINT STIPULATION REGARDING FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE ON RULE 12 MOTION [25]** |

///

///

///

Case No. 8:24-cv-01452-FWS-JDE

# ORDER

Having reviewed and considered the Joint Stipulation Regarding First Amended Complaint and Briefing Schedule on Rule 12 Motion [25] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause appearing in the Stipulation, the court **ORDERS** the following:

1. Plaintiffs' First Amended Complaint ("FAC") shall be filed within **thirty (30) days** of the date of this Order;
2. Defendants' Rule 12 Motion regarding the FAC ("Motion") shall be filed within **thirty (30) days** of the filing of the FAC;
3. Plaintiffs' Opposition to the Motion ("Opposition") shall be filed within **thirty (30) days** of the filing of the Motion;
4. Defendants' Reply in support of the Motion shall be filed within **twenty-one (21) days** of the filing of the Opposition; and
5. Any other deadlines previously set by the court remain the same.

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE