**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Blvd., Suite 460
Los Angeles, CA 90025
Telephone: 310-614-7260
Facsimile: 310-614-7260
Email: *jfarar@kaplanfox.com*

**WITES & ROGERS**
Marc A. Wites (*pro hac vice*)
Thomas Rogers (*pro hac vice*)
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 933-4400
Email: *mwites@witeslaw.com*
       *trogers@witeslaw.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *breed@kaplanfox.com*
       *colivares@kaplanfox.com*

*Attorneys for Plaintiffs Bret Conway and Jennifer Rogers and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET CONWAY and JENNIFER ROGERS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>KAWASAKI MOTORS CORP., U.S.A. AND KAWASAKI HEAVY INDUSTRIES (USA), INC. DBA KAWASAKI HEAVY INDUSTRIES MOTORCYCLE & ENGINE,<br><br>　　　　　　　Defendants. | Case No. 8:24-cv-01452-FWS-JDE<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF INTENT TO NOT FILE SECOND AMENDED COMPLAINT AND REQUEST THAT JUDGMENT BE ENTERED**<br><br>Date:　　N/A<br>Time:　　N/A<br>Judge:　Hon. Fred W. Slaughter<br>Place:　Courtroom 10D<br>　　　　411 W. 4th Street, Room 1053<br>　　　　Santa Ana, CA 92701 |

Plaintiffs Bret Conway and Jennifer Rogers respectfully submit the following notice to inform the Court that they do not intend to file a Second Amended Complaint following the First Amended Complaint filed September 23, 2024. *See* ECF No. 27. After a court dismisses a complaint with leave to amend, "[a] plaintiff may obtain an appealable final judgment by 'fil[ing] in writing a notice of intent not to file an amended complaint.'" *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) (quoting *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997)); *see also Slayton v. Am. Exp. Co.*, 460 F.3d 215, 224 (2d Cir. 2006), *as amended* (Oct. 3, 2006) ("an appellant can render such a non-final order 'final' and appealable by disclaiming any intent to amend") (collecting cases). Plaintiffs therefore request that the Court enter a final appealable order so that they can pursue an appeal to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: March 31, 2025

By: /s/ *Matthew B. George*
Matthew B. George

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*
*colivares@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Blvd., Suite 460
Los Angeles, CA 90025
Telephone: 310-614-7260
Facsimile: 310-614-7260
Email: *jfarar@kaplanfox.com*

|   |   |
|---|---|
| 1 | **WITES & ROGERS** |
| 2 | Marc A. Wites (*pro hac vice*) |
|   | Thomas Rogers (*pro hac vice*) |
| 3 | 4400 North Federal Highway |
|   | Lighthouse Point, Florida 33064 |
| 4 | Telephone: (954) 933-4400 |
|   | Email:  *mwites@witeslaw.com* |
| 5 |           *trogers@witeslaw.com* |
| 6 | *Attorneys for Plaintiffs Bret Conway and Jennifer Rogers and the Proposed Class* |