JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

BRET CONWAY AND JENNIFER ROGERS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAWASAKI MOTORS CORP., U.S.A. AND KAWASAKI HEAVY INDUSTRIES (USA), INC. DBA KAWASAKI HEAVY INDUSTRIES MOTORCYCLE & ENGINE,

Defendants.

Case No. 8:24-cv-01452-FWS-JDE

**JUDGMENT [44]**

This matter came before the court on Defendant Kawasaki Motors Corp., U.S.A. and Defendant Kawasaki Heavy Industries (USA), Inc.'s (together, "Defendants") Motion to Dismiss Plaintiff Bret Conway and Plaintiff Jennifer Rogers' First Amended Complaint. (Dkt. 29 ("Motion to Dismiss").) On March 10, 2025, the court granted the Motion to Dismiss, dismissing Plaintiffs' First Amended Complaint with leave to amend except for Plaintiffs' claims for breach of implied warranty of merchantability under Florida Statute §§672.314, *et seq*. and breach of express warranty under Florida

Statute §672.313.  (*Id.*)  On March 31, 2025, Plaintiffs filed a request that "the Court enter a final appealable order." (Dkt. 44.)

In accordance with the Motion to Dismiss, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in this case in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing on their claims against Defendants in this case.

Dated: April 1, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE